| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ | Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Barmer Enterprises, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-5316940** | |
| 4. | **Debtor's address** | **Principal place of business** **2805 E Oakland Park Blvd #475 Fort Lauderdale, FL 33306** Number, Street, City, State & ZIP Code **Broward** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor **Barmer Enterprises, LLC**       Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**       page 2

Debtor     **Barmer Enterprises, LLC**                                                   Case number (*if known*) _____
           Name

**11. Why is the case filed in** *this district?*   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name       _____
         Phone              _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Barmer Enterprises, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 15, 2017**
MM / DD / YYYY

X **/s/ Gary Mercado**                                           **Gary Mercado**
Signature of authorized representative of debtor          Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Susan D Lasky**                                         Date **May 15, 2017**
Signature of attorney for debtor                                     MM / DD / YYYY

**Susan D Lasky**
Printed name

**Susan D Lasky, PA**
Firm name

**915 Middle River Dr**
**Suite 420**
**Fort Lauderdale, FL 33304**
Number, Street, City, State & ZIP Code

Contact phone **954-400-7474**        Email address **Jessica@SueLasky.com**

**451096**
Bar number and State

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Barmer Enterprises, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 15, 2017**          X **/s/ Gary Mercado**
                                          Signature of individual signing on behalf of debtor

                                          **Gary Mercado**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Barmer Enterprises, LLC**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALTGEAR  1200 W. Sierra Lane  Thiensville, WI 53092 | | Business Debt | | | | $3,387.00 |
| American Express  POB 650448  Dallas, TX 75265 | | Business Debt | | | | $11,430.00 |
| American Express  POB 650448  Dallas, TX 75265 | | Business Debt | | | | $240,000.00 |
| American Express  POB 650448  Dallas, TX 75265 | | Business Debt | | | | $147,000.00 |
| American Express  POB 650448  Dallas, TX 75265 | | Business Debt | | | | $62,269.00 |
| B.A. Acquisition Corp  2420 NW 36 St Suite 7  Pompano Beach, FL 33073 | | | Contingent Unliquidated Disputed | | | $400,000.00 |
| BMC USA Corporation  5945 Pacific Center Blvd #510  San Diego, CA 92121 | | Business Debt | | | | $29,554.00 |
| BRG  1 Vista Way  Anoka, MN 55303 | | Business Debt | | | | $6,822.00 |
| Cycling Sports Group  1 Cannondale Way  Wilton, CT 06897 | | Business Debt | | | | $425,422.00 |
| Five Ten  POB 7039  Redlands, CA 92375 | | Business Debt | | | | $3,527.00 |

Debtor **Barmer Enterprises, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Giant Bicycle**<br>3587 Old Conejo Road<br>Newbury Park, CA 91320 | | Business Debt | | | | $484,855.00 |
| **Haro Bikes** | | Business Debt | | | | $4,807.00 |
| **J&B**<br>POB 161859<br>Miami, FL 33116 | | Business Debt | | | | $42,350.00 |
| **NiteRider**<br>8295 Aero Place #200<br>San Diego, CA 92123 | | Business Debt | | | | $4,314.00 |
| **On Deck Capital**<br>1400 Broadway<br>New York, NY 10018 | | Business Debt | | | | $267,596.00 |
| **Specialized Bike Components**<br>15130 Concord Circle<br>Morgan Hill, CA 95037 | | Business Debt | Contingent<br>Unliquidated<br>Disputed | | | $513,715.00 |
| **SunTrust**<br>POB 79097<br>Baltimore, MD 21279 | | Business Debt | | | | $1,930,000.00 |
| **Tod Fox**<br>1520 Darby Ford Lane<br>Ball Ground, GA 30107-4733 | | Business Debt | Contingent<br>Unliquidated<br>Disputed | | | $400,000.00 |
| **Troy Lee Designs**<br>155 E Rincon<br>Corona, CA 92879 | | Business Debt | | | | $2,500.00 |
| **Yakima**<br>4101 Kruse Way<br>Lake Oswego, OR 97035 | | Business Debt | | | | $5,361.00 |

# United States Bankruptcy Court
## Southern District of Florida

In re  **Barmer Enterprises, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gary Mercado Revocable Trust**<br>**2805 E Oakland Park Blvd**<br>**475**<br>**Fort Lauderdale, FL 33306** | | | **Managing Member** |
| **Steven C Barnes Revocable Trust**<br>**2805 E Oakland Park Blvd**<br>**475**<br>**Fort Lauderdale, FL 33306** | | | **Managing Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 15, 2017**

Signature  **/s/ Gary Mercado**  
**Gary Mercado**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

ALTGEAR
1200 W. Sierra Lane
Thiensville, WI 53092

American Express
POB 650448
Dallas, TX 75265

American Express
4315 South 2700 West
Salt Lake City, UT 84184

Assn Company
POB 2576
Springfield, IL 62708

B.A. Acquisition Corp
2420 NW 36 St
Suite 7
Pompano Beach, FL 33073

BMC USA Corporation
5945 Pacific Center Blvd #510
San Diego, CA 92121

BMC USA Corporation
9420 Trade Place
Suite 100
San Diego, CA 92126

BRG
1 Vista Way
Anoka, MN 55303

CamelBak Products
2000 S McDowell #200
Petaluma, CA 94954

Cateye
2825 Wilderness Pl #1200
Boulder, CO 80301

CHTD Company
POB 2576
Springfield, IL 62708

```
Cycling Sports Group
1 Cannondale Way
Wilton, CT 06897


Deborah Carman Esq
5301 N Federal Hwy
Suite 135
Boca Raton, FL 33487


Five Ten
POB 7039
Redlands, CA 92375


Giant Bicycle
3587 Old Conejo Road
Newbury Park, CA 91320


Haro Bikes



Hawley
POB 890579
Charlotte, NC 28289


Highway 2
1909 Miller Drive
Olney, IL 62450


J&B
POB 161859
Miami, FL 33116


Louis Garneau
3916 US Route 5
POB 1460


NiteRider
8295 Aero Place #200
San Diego, CA 92123


On Deck Capital
1400 Broadway
New York, NY 10018
```

Reynolds Cycling
9091 Sandy Parkway
Sandy, UT 84070


Specialized Bike Components
15130 Concord Circle
Morgan Hill, CA 95037


SunTrust
POB 79097
Baltimore, MD 21279


Suntrust Banl
211 Perimeter Center Pkwy
Suite 100
Tallahassee, FL 32303


Swiftwick
POB 2363
Brentwood, TN 37024


Thule


Tifosi
1011 Industrial Blvd
Watkinsville, GA 30677


Tod Fox
1520 Darby Ford Lane
Ball Ground, GA 30107-4733


Troy Lee Designs
155 E Rincon
Corona, CA 92879


Twin Six
5711 W 36 Street
Minneapolis, MN 55416


Windstream
301 N Main Street #5000
Greenville, SC 29601

```
Yakima
4101 Kruse Way
Lake Oswego, OR 97035


Yelp
140 New Montgomery Street 9th Floor
San Francisco, CA 94105
```